UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEVERT STEWART,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF TREASURY, et al.,

    Defendants.

Case No. 21-cv-08384-PJH

**ORDER OF DISMISSAL**

    Plaintiff, a Florida state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

Dated: December 8, 2021

                                                 /s/ Phyllis J. Hamilton
                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge